IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JUL 16 AM 9:52

MARGARET BOTKIN, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LUIS ALBERTO GOMEZ-VAZQUEZ**,<br><br>Defendant. | No. 25-CR-116-ABJ<br><br>18 U.S.C. § 1546(a)<br>(Unlawful Possession of Visas, Permits, and Other Entry Documents) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about June 6, 2025, in the District of Wyoming, the Defendant, **LUIS ALBERTO GOMEZ-VAZQUEZ**, knowingly uttered, used, attempted to use and possessed an U.S. Permanent Resident Card, bearing his name, his photo and an invalid USCIS#, which the Defendant then knew to be forged, counterfeited, altered, and falsely made.

In violation of 18 U.S.C. § 1546(a).

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

*[signature]*
STEPHANIE I. SPRECHER
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | LUIS ALBERTO GOMEZ-VAZQUEZ |
| **DATE:** | July 15, 2025 |
| **INTERPRETER NEEDED:** | Yes |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 1546(a)<br>(Unlawful Possession of Visas, Permits, and Other Entry Documents)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Andrew Sneden, HSI/ICE |
| **AUSA:** | Margaret M. Vierbuchen, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |